# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC, | CASE NO. 1:10-cv-00452-LJO-SKO |
| Plaintiff, | ORDER re SETTLEMENT CONFERENCE |
| v. | |
| PRINCIPAL LIFE INSURANCE COMPANY, | |
| Defendant. | |
| _____/ | |

This case is set for a Settlement Conference before Magistrate Judge Sheila K. Oberto on December 9, 2010, at 10:30 a.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California, 93721.

In accordance with the above,  IT IS HEREBY ORDERED that:

1. The parties shall appear with full settlement authority.

2. The parties are to send Confidential Settlement Conference Statements (Settlement Statement) to the following email address: SKOorders@caed.uscourts.gov, to arrive no later than December 2, 2010.  Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270 (d)).

1

1       Settlement Statements must be typed and double spaced.  Each Settlement Statement
2   should briefly summarize the core facts, allegations, defenses, and briefly outline past settlement
3   efforts including the most recent offers and/or demands.  Each Settlement Statement must also
4   include a statement of each party's expectations and goals for the Settlement Conference.  Please
5   refer to the Court's Scheduling Order for further information regarding the Settlement
    Conference.

IT IS SO ORDERED.

**Dated:    November 23, 2010**                    **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE