# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRINCIPAL LIFE INSURANCE COMPANY, and DOES 1 to 25, inclusive, <br><br> Defendants. <br> _____/ | CASE NO. 1:10-cv-00452-LJO-SKO <br><br> **ORDER RE MOTION TO HAVE ADMISSIONS DEEMED ADMITTED** |

On January 21, 2011, Defendant Principal Life Insurance Company ("Defendant") filed a "Motion for Discovery." (Doc. 20.) The hearing was noticed for March 2, 2011, at 9:30 a.m. in Courtroom 8 of the above entitled Court. The Court notes that a motion for discovery sanctions may be heard within 14 days after notice of the motion. Local Rule 251(e).

To facilitate judicial review of the motion, the Court HEREBY ORDERS THAT:

1. Plaintiff Doctors Medical Center of Modesto, Inc. file any opposition to Defendant's Motion for Discovery on or before **February 14, 2011**; and

2. Defendant may file an optional reply brief on or before **February 18, 2011**.

IT IS SO ORDERED.

**Dated:   February 4, 2011**           /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE