**HELTON LAW GROUP**
A PROFESSIONAL CORPORATION
CARRIE S. McLAIN (State Bar No. 181674)
Email: cmclain@heltonlawgroup.com
MARK S. HENNINGS (State Bar No. 100906)
Email: mhennings@heltonlawgroup.com
ATTORNEYS AT LAW
401 East Ocean Boulevard, Suite 1010
Long Beach, California 90802
TELEPHONE: (562) 901-4499
FACSIMILE: (562) 901-4488

ATTORNEYS FOR PLAINTIFF DOCTORS MEDICAL CENTER OF MODESTO, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: 1:10-cv-00452-LJO-SKO<br><br>ASSIGNED TO:<br><br>HON. LAWRENCE J. O'NEILL<br>UNITED STATES DISTRICT COURT JUDGE<br><br>-AND-<br><br>HON. SHEILA K. OBERTO<br>UNITED STATES MAGISTRATE JUDGE<br><br>**DECLARATION OF PEG WALLIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RULE 11 SANCTIONS**<br><br>Hearing Date: March 3, 2011<br>Time: 8:30 a.m.<br>Place: Courtroom 4 |

I, PEG WALLIN, declare as follows:

1. I am the Assistant Vice President for Managed Care for Tenet California, the parent company of Plaintiff Doctors Medical Center Modesto, Inc. I have employed been with Tenet since March of 2003 and with Tenet California since January of 2006.

---
1
DECLARATION OF PEG WALLIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR RULE 11 SANCTIONS

2.   I am familiar with the managed care contracts applicable to Doctors Medical Center Modesto, Inc. I have personal knowledge of the facts set forth in this declaration and if called upon, I could and would testify competently thereto.

3.   There was no Aetna Signature Administrators discount rate in effect at Doctors Medical Center Modesto, Inc. in the year 2008.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 16, 2011, at Anaheim, California,

_____
PEG WALLIN

---

2
DECLARATION OF PEG WALLIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RULE 11 SANCTIONS

# PROOF OF SERVICE
*This document is printed on recycled paper*

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 401 E. Ocean Boulevard, Suite 1010, Long Beach, California 90802.

On February 17, 2011, I served the foregoing document described as **DECLARATION OF PEG WALLIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RULE 11 SANCTIONS** as follows:

| | |
|---|---|
| John M. Sorich, Esq. | Attorney for Defendant, |
| S. Christopher Yoo, Esq. | PRINCIPAL LIFE INSURANCE |
| Adorno, Yoss, Alvarado & Smith | COMPANY |
| 1 MacArthur Place, Suite 200 | |
| Santa Ana, CA 92707 | |

____ **BY MAIL**
I caused such envelope to be deposited in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid.

 X   **BY EMAIL**
I caused such documents to be served via electronic transmittal to the office of the addressee herein describe via the Court's Electronic Case Filing System

____ **BY PERSONAL SERVICE**
I caused the foregoing document to be personally served on the interested parties herein described.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on February 17, 2011, at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
MARISA N. PITTS