JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
PRINCIPAL LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, and DOES 1 to 25, inclusive.<br><br>　　　　Defendants. | CASE NO.: 1:10-CV-00452-LJO-SKO<br><br>JUDGE:　Hon. Lawrence J. O'Neill<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>LOCAL RULE 141 |

1181136.1

ORDER

The Request to Seal Documents ("Request") of defendant Principal Life Insurance Company ("Principal Life") was lodged by the Court.

The Court, having considered the moving, opposing, and reply papers, **IT IS HEREBY ORDERED THAT**:

1. The Request is granted.

2. Principal Life states that it intends to submit the documents identified as a Master Agreement between Tenet and Aetna, which governs the rights, obligations and business relations of Tenet and its affiliated hospitals, including Doctors Medical Center of Modesto; and a Settlement Agreement between Aetna and Tenet, settling certain disputed claims between them through and including December 31, 2008 (collectively the "Agreements") in support of its anticipated motion for summary judgment.

3. Good cause appearing, the Agreements, attached as Exhibits "A" and "B" to the Request, are hereby ordered sealed.

IT IS SO ORDERED.

Dated:   **March 4, 2011**              /s/ Lawrence J. O'Neill
                                    UNITED STATES MAGISTRATE JUDGE

2
ORDER

1181136.1