# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DOCTORS MEDICAL CENTER OF MODESTO, INC., | CASE NO. 1:10-cv-00452-LJO-SKO |
|---|---|
| Plaintiff, | **ORDER FOR PLAINTIFF TO FILE BRIEF IN RESPONSE TO DEFENDANT'S MOTION TO STRIKE** |
| v. | |
| PRINCIPAL LIFE INSURANCE COMPANY, | (Docket No. 57) |
| Defendant. | |

On April 21, 2011, Defendant Principal Life Insurance Company filed a Motion to Strike asserting that no jury demand has been made by Plaintiff, and a jury trial is not appropriate. (Doc. 57.) Although this motion was set before the district judge, it has been referred to the magistrate judge for decision.

This Court will decide the matter on shortened time in light of the upcoming Pre-Trial conference set for May 12, 2011. As such, Plaintiff shall file a response to Defendant's motion on or before **Monday, April 25, 2011.** The Court will set a hearing on shortened time, if one is determined to be necessary.

IT IS SO ORDERED.

**Dated:   April 21, 2011**          /s/ Sheila K. Oberto
                            UNITED STATES MAGISTRATE JUDGE