**HELTON LAW GROUP**
**A PROFESSIONAL CORPORATION**
CARRIE S. McLAIN (SBN: 181674)
Email: cmclain@heltonlawgroup.com
ATTORNEYS AT LAW
401 East Ocean Boulevard, Suite 1010
Long Beach, California 90802
TELEPHONE: (562) 901-4499
FACSIMILE:  (562) 901-4488

ATTORNEYS FOR PLAINTIFF DOCTORS MEDICAL CENTER OF MODESTO, INC.

**ALVARADO & SMITH**
**A PROFESSIONAL CORPORATION**
JOHN M. SORICH
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO
cyoo@alvaradosmith.com
1 MacArthur Place, Suite 200
Santa Ana, CA 92707

ATTORNEYS FOR DEFENDANT PRINCIPAL LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., | Case No.: 1:10-cv-00452-LJ0-SKO |
| Plaintiff, | ASSIGNED TO: |
| vs. | HON. LAWRENCE J. O'NEILL<br>UNITED STATES DISTRICT COURT JUDGE |
| | -AND- |
| PRINCIPAL LIFE INSURANCE COMPANY, an Iowa Corporation; and DOES 1 through 25, Inclusive, | HON. SHEILA K. OBERTO<br>UNITED STATES MAGISTRATE JUDGE |
| Defendants. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

1
**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

1  The Court, having reviewed the Stipulation of Dismissal with Prejudice by and between Plaintiff DOCTORS MEDICAL CENTER OF MODESTO, INC., and Defendant PRINCIPAL LIFE INSURANCE COMPANY, hereby dismisses the above-captioned matter, including all complaints, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). The parties shall bear their own respective costs, including attorneys' fees.

IT IS SO ORDERED.

Dated:  **June 9, 2011**            **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

2
**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**